UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 10-133 JVS (MLGx).  Date  February 17, 2010

Title  Heritage Pacific Financial LLC v. David

Present: The Honorable  James V. Selna

Karla J. Tunis — Deputy Clerk

Not Present — Court Reporter

Attorneys Present for Plaintiffs:  Not Present

Attorneys Present for Defendants:  Not Present

**Proceedings:**  (IN CHAMBERS)  Order to Show Cause re Jurisdiction

The Court has made a preliminary review of the jurisdictional allegations in the:

X   Complaint, filed February 4, 2010

   Notice of Removal ("Notice") filed

by Heritage Pacific Financial LLC .

The initial pleading purports to invoke jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Complaint, ¶ 1 .)  Jurisdiction on this basis requires complete diversity.

The following party to the action is alleged to be a limited liability company ("LLC"):

Heritage Pacific Financial LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 10-133 JVS (MLGx).            Date  February 17, 2010

Title  Heritage Pacific Financial LLC v. David

      The plaintiff is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.  If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

                                                                                                 00  :  00

Initials of Preparer  kjt