BRAD A. MOKRI, ESQ., SBN: 208213
LAW OFFICES OF MOKRI & ASSOCIATES
1851 E. First Street, Suite 900
Santa Ana, California 92705
Telephone No.: (714) 619-9395
Facsimile No.: (714) 619-9396

JS-6

Attorney for HERITAGE PACIFIC FINANCIAL LLC
D.B.A HERITAGE PACIFIC FINANCIAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERITAGE PACIFIC FINANCIAL LLC D/B/A HERITAGE PACIFIC FINANCIAL, a Texas Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUSANA DAVID et al.,<br><br>　　　　　Defendants | Case No.: SACV10-00133 JVS (MLGx)<br><br>**ORDER OF JUDGMENT AGAINST DEFENDANT SUSANA DAVID AFTER DEFAULT** |

　　　　By submission of the attorney of record for Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial, Plaintiff's Application for Entry of Separate Default Judgment against Defendant SUSANA DAVID ("Defendant Judgment Application") came on regularly before the Honorable James V. Selna, United States District Judge presiding in Courtroom 10-C of the above-referenced Court.  The defendant SUSANA DAVID having been regularly served with process, and having failed to appear and answer the Plaintiff's third amended complaint filed herein on December 21, 2011, and the

default of said Defendant having been duly entered and evidence having been considered by the Court, and the Court having reviewed and considered the Default Judgment Application and all pleadings and papers filed in support and opposition thereof, including all admissible evidence filed in support and opposition thereof, and good cause appearing for entry of judgment against the defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant Susana David actual damages in the amount of $144,434.00.

**DATED: July 23, 2012**

_____
**HON. JAMES V. SELNA**
**UNITED STATES DISTRICT COURT JUDGE**